**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Malcom X Blakemore, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12 C 1713 |
| | ) | |
| Sheriff Tom Dart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR SETTLEMENT ASSISTANCE**

Carl Newman, previously appointed for the limited purpose of representing plaintiff as settlement counsel, respectfully requests this Court grant leave to withdraw pursuant to Local Rule 83.17.

1. On August 13, 2014, Carl Newman was appointed by the Court to represent Malcom X Blakemore for the purpose of facilitating settlement. A settlement conference was scheduled for October 20, 2014.

2. Due to delays in securing Malcolm X Blakemore's medical records from multiple institutions in Illinois and Wisconsin, Carl Newman and Defendant's counsel, Suyon Flowers, anticipated submitting a joint request to the Court to continue the settlement conference.

3. Plaintiff's counsel is set to begin new employment on October 20, 2014 and a condition of that employment is the absolute prohibition of his practicing law for any client other than his employer.

Wherefore, Plaintiffs counsel asks this Court to grant him leave to withdraw.

Dated: September 30, 2014

By: /s/ Carl Newman
Carl Newman
Attorney for Malcolm X. Blakemore
2600 N. Kimball Ave. #412
Chicago, IL 60647
(847) 334-7666
carl.m.newman@gmail.com

# Certificate of Service

Carl Newman, an attorney, certifies that on September 30, 2014, he served copies of this motion to the attorneys of record and to Plaintiff Malcom X Blakemore at the address listed below via the stated manner.

/s/ Carl Newman

**Via Email**
Michael L. Gallagher
Cook County States Attorney's Office Daley Ctr.
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3124
Email: michael.gallagher@cookcountyil.gov

**Via Email**
Suyon Flowers
Cook County State's Attorney's Office
Richard J Daley Center
Suite 500
Chicago, IL 60602
(312) 603-6124
Email: suyon.flowers@cookcountyil.gov

**Via First Class Mail**
Malcom X Blakemore
#610220
Stanley Correctional Institution
100 Corrections Drive
Stanley, Wisconsin 54768-6500