**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Malcolm X Blakemore, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 12-cv-1713 |
| v. | ) | |
| | ) | Hon. Andrea Wood |
| Cook County Sheriff Thomas Dart, *et al.*, | ) | |
| | ) | Magistrate Sheila Finnegan |
| Defendants. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

NOW COMES PLAINTIFF, Malcolm X. Blakemore, by his settlement attorney J. Cunyon Gordon and DEFENDANTS, Thomas Dart, Robert Allen, Matthew Coglianese, Milo Phipps, Vada Primous, Wilbur Collins and Antione Stewart (hereinafter "Defendants"), by and through their attorney Anita Alvarez, State's Attorney of Cook County, through her assistant, SUYON FLOWERS, and moves this Honorable Court as follows:

1. The Parties stipulate to the dismissal of the PLAINTIFF'S claims against DEFENDANTS, with prejudice and without costs because the matter has been settled to the mutual satisfaction of the Parties.

WHEREFORE, Plaintiff and Defendants pray that this Honorable Court enter an order terminating the case against DEFENDANTS, in its entirety, with prejudice and without costs.

For Plaintiff:

J. Cunyon Gordon
Chicago Lawyers' Committee for
Civil Rights Under Law, Inc.
100 North LaSalle, Suite 600
Chicago, Illinois 60602
312-202-3662
*Settlement Attorney for Plaintiff*

For Defendants:

*s/ Suyon Flowers*
Suyon Flowers

Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6124
*Attorney for Defendants*